# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   VERONICA AGUILAR                                   Case No.: 10-38275
         JOSE E AGUILAR

         Debtor(s)

------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2010.

2) This case was confirmed on 02/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/14/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/28/2012, 08/28/2012, 11/29/2012.

5) The case was converted on 12/13/2012.

6) Number of months from filing to the last payment:  25

7) Number of months case was pending:  28

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    6,400.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 13,965.00 |
| Less amount refunded to debtor | $ | 17.25 |
| **NET RECEIPTS** | $ | 13,947.75 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 698.10 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 698.10 |
| Attorney fees paid and disclosed by debtor | $ | 1,700.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TARGET NATIONAL BANK | UNSECURED | 5,524.00 | 4,372.22 | 4,372.22 | 414.89 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 938.00 | 938.14 | 938.14 | 89.02 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,685.00 | 1,707.42 | 1,707.42 | 162.02 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 1,737.00 | 1,737.50 | 1,737.50 | 164.86 | .00 |
| AMERICAN HOME MORTGA | OTHER | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 500.00 | 499.54 | 499.54 | 47.39 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,282.00 | 2,281.58 | 2,281.58 | 216.49 | .00 |
| ALLIED INTERSTATE | SECURED | 116,814.82 | .00 | .00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | 14,451.82 | NA | NA | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | 135,000.00 | 185,901.57 | .00 | .00 | .00 |
| US BANK NATIONAL ASS | UNSECURED | 52,408.00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 152,137.00 | 147,559.60 | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 11,694.00 | 11,694.37 | 11,694.37 | 1,109.62 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,231.00 | 3,699.30 | 3,699.30 | 351.00 | .00 |
| MIDLAND FUNDING | UNSECURED | 8,422.00 | 8,422.54 | 8,422.54 | 799.17 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 5,588.00 | 5,588.28 | 5,588.28 | 530.25 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 12,234.00 | 13,150.53 | 13,150.53 | 1,247.78 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 3,710.00 | 4,263.26 | 4,263.26 | 406.72 | .00 |
| CAPITAL FIRST BANK | UNSECURED | 3,920.00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 3,579.00 | 3,579.18 | 3,579.18 | 339.62 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,480.00 | 5,480.21 | 5,480.21 | 519.98 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 737.00 | 737.60 | 737.60 | 69.98 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,766.00 | 575.35 | 575.35 | 54.59 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | UNSECURED | 11,287.00 | 10,837.53 | 10,837.53 | 1,028.33 | .00 |
| CHASE BANK USA | UNSECURED | 2,214.00 | 2,214.48 | 2,214.48 | 210.14 | .00 |
| CREDIT MANAGEMENT | UNSECURED | 715.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 589.00 | 714.26 | 714.26 | 67.78 | .00 |
| HOME DEPOT | UNSECURED | 6,749.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,046.00 | 1,356.42 | 1,356.42 | 128.69 | .00 |
| CHASE BANK | UNSECURED | 718.00 | 847.14 | 847.14 | 80.39 | .00 |
| LVNV FUNDING | UNSECURED | 462.00 | 456.55 | 456.55 | 33.87 | .00 |
| TOYS R US | UNSECURED | 436.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 236.36 | 236.36 | 15.11 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 13,299.58 | 13,299.58 | .00 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 3,646.83 | 3,646.83 | 346.03 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | NA | 4,484.53 | 4,484.53 | 425.51 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 1,289.11 | 1,289.11 | 122.31 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 2,755.16 | 3,105.16 | 3,105.16 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | .00 | 3,856.44 | 3,856.44 | 365.92 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 4,766.85 | 4,766.85 | 452.31 | .00 |
| FIA CARD SERV/BANK O | UNSECURED | NA | 2,231.74 | 2,231.74 | 211.74 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| CRYSTAL AGUILAR | OTHER | .00 | NA | NA | .00 | .00 |
| SUSANA LIMON | OTHER | .00 | NA | NA | .00 | .00 |
| SUSANA LIMON | OTHER | .00 | NA | NA | .00 | .00 |
| TENANT | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | NA | 1,401.32 | 1,401.32 | 132.98 | .00 |
| ROBERT J SARGIS | SECURED | 21,000.00 | 24,372.83 | .00 | .00 | .00 |
| ROBERT J SARGIS | UNSECURED | 21,000.00 | NA | NA | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | NA | 36,643.78 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,105.16 | 3,105.16 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 3,105.16 | 3,105.16 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 107,066.58 | 10,144.49 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 698.10 |
| Disbursements to Creditors | $ | 13,249.65 |
| **TOTAL DISBURSEMENTS:** | $ | 13,947.75 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/27/2012                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**